# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# NORTHERN DIVISION

**S.M. LEVINE**, Individually and Derivatively on Behalf of **THE DOW CHEMICAL COMPANY,**

    Plaintiff,

v.

**ANDREW N. LIVERIS**, et al.,

    Defendants,

Case No. 1:16-cv-11255-TLL-PTM

Hon. Thomas L. Ludington

Magistrate Judge Patricia T. Morris

## STIPULATED ORDER REGARDING THE SCHEDULE FOR AN AMENDED COMPLAINT

WHEREAS, Plaintiff has indicated that he intends to file an amended complaint; and

WHEREAS, the parties all agree that for efficiency's sake Plaintiff should file the amended complaint before Defendants file any response;

IT IS HEREBY STIPULATED AND AGREED, by and among the parties, that:

1. Plaintiff shall file an amended complaint on or before May 20, 2016. Plaintiff shall file a verification of the amended complaint within 30 days of its filing.

2. Within one week after the amended complaint is filed, the parties shall submit a joint proposed schedule for briefing any motion filed in response to the complaint.

3.     This stipulation is shall be without prejudice to any defendant arguing that he or she has not been properly served in this matter.

It is so **ORDERED**.

Dated: May 18, 2016

s/Thomas L. Ludington
THOMAS L. LUDINGTON
United States District Judge

Dated: May 6, 2016

| | |
|---|---|
| */s/ Michael L. Pitt* | */s/ Jonathan E. Lauderbach* |
| Michael L. Pitt | Jonathan E. Lauderbach |
| PITT, McGEHEE, PALMER, & RIVERS, P.C. | WARNER NORCROSS & JUDGE LLP |
| Michael L. Pitt (P24429) | 715 E. Main Street, Suite 110 |
| Jennifer L. Lord (P46912) | Midland, MI 48640 |
| 117 W. Fourth Street, Suite 200 | (989) 698-3701 |
| RoyalOakMI48067 | (989) 486-6101 (fax) |
| Tel: 248-398-9800 | JLauderbach@wnj.com |
| Fax: 248-398-9804 | |
| mpitt@pittlawpc.corn | Mark Filip |
| jlord@pittlawpc.com | Robert J. Kopecky |
| | Joshua Z. Rabinovitz |
| | KIRKLAND & ELLIS LLP |
| GREENFIELD & GOODMAN, LLC | 300 N. LaSalle Street |
| Richard D. Greenfield | Chicago, IL 60654 |
| Marguerite R. Goodman | (312) 862-2000 |
| Ann M. Caldwell | (312) 862-2200 (fax) |
| Ilene F. Brookler | Mark.Filip@kirkland.com |
| 250 Hudson Street-8th Floor | Robert.Kopecky@kirkland.com |
| New York, NY 10013 | Joshua.Rabinovitz@kirkland.com |
| Tel: 917-495-4446 | |
| whitehatrdg@emihlink.net | *Counsel for Defendants* |

*Counsel for Plaintiff S.M. Levine*

PROOF OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on May 18, 2016.

s/Michael A. Sian
MICHAEL A. SIAN, Case Manager