UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

S.M. LEVINE, Individually and Derivatively on
Behalf of THE DOW CHEMICAL COMPANY,

       Plaintiff,                    Case No. 16-cv-11255

v.                                        Honorable Thomas L. Ludington

ANDREW N. LIVERIS, et al,

       Defendant.

_____/

## JUDGMENT

In accordance with the order granting Defendants' motion to dismiss entered on this date,

It is **ORDERED AND ADJUDGED** that judgment is granted in favor of Defendants and against Plaintiff.

It is further **ORDERED AND ADJUDGED** that the complaint is **DISMISSED** in part with prejudice and in part without prejudice.

Dated: October 19, 2016                            s/Thomas L. Ludington
                                                             THOMAS L. LUDINGTON
                                                              United States District Judge

---

PROOF OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on October 19, 2016.

                                          s/Michael A. Sian
                                          MICHAEL A. SIAN, Case Manager